19249.  Rackley v. Burgess.

Broyles, C. J.  The description of the property sued for in trover, as "five spotted barrow pigs, weight about 65 or 70 pounds, also three spotted gilts, weight about 65 or 70 pounds, of the value of $100," was insufficient to withstand the special demurrer interposed, and the over-

16

ruling of the demurrer was an error which rendered the further proceedings in the case nugatory.

*Judgment reversed. Luke and Bloodworth, JJ., concur.*
DECIDED DECEMBER 11, 1928.

*Hill & McElvey,* for plaintiff in error.